# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 17, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1137 | MARCUS CRAIG,<br>         Plaintiff - Appellant<br><br>v.<br><br>BRITTANY GREENE, et al.,<br>         Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:23-cv-03343-DJQ<br>Central District of Illinois<br>Magistrate Judge Douglas J. Quivey | |

The following is before the court: **MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**, filed on April 15, 2026, by counsel for the appellant.

To the extent that the appellant seeks to proceed on appeal in forma pauperis, the clerk will treat the motion as his PLRA memorandum and will update the docket accordingly. The appellant's in forma pauperis paperwork is still incomplete, however, because it does not include the required asset affidavit. Accordingly,

**IT IS ORDERED** that the appellant shall file the required asset affidavit by May 18, 2026. Failure to do so may result in the dismissal of this appeal. The clerk shall send the appellant an asset affidavit form.