# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 21, 2026

Before
FRANK H. EASTERBROOK, *Circuit Judge*

<table>
<tr><td>No. 26-1137</td><td>MARCUS CRAIG,<br>Plaintiff - Appellant<br>v.<br><br>BRITTANY GREENE, et al.,<br>Defendants - Appellees</td></tr>
<tr><td colspan="2">Originating Case Information:</td></tr>
<tr><td colspan="2">District Court No: 3:23-cv-03343-DJQ<br>Central District of Illinois<br>Magistrate Judge Douglas J. Quivey</td></tr>
</table>

The following are before the court:

1. **MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**, filed on May 14, 2026, by counsel for the appellant.

2. **AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**, filed on May 14, 2026, by the pro se appellant.

Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal, this court has determined that the district court erred in its bad-faith determination. Appellant may be able to raise a non-frivolous argument that the district court erred in entering summary judgment for defendants.

Accordingly, **IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **GRANTED**. The district court is instructed to assess an initial partial filing fee for the appeal and to notify this court when the partial fee has been collected.