Case: 26-1137 Document: 17 Filed: 08/24/2026 Pages: 1

## Other Orders/Judgments

3:23-cv-03343-DJQ Craig v. Greene et al **CASE CLOSED on 01/05/2026**

57,APPEAL,CLOSED,CONMAG,MERIT REVIEW HELD,MOTION/ SJ,PRISONER,SERVICE ORDERED

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

### Notice of Electronic Filing

The following transaction was entered on 8/24/2026 at 1:24 PM CDT and filed on 8/24/2026

**Case Name:** Craig v. Greene et al
**Case Number:** 3:23-cv-03343-DJQ
**Filer:**
**WARNING: CASE CLOSED on 01/05/2026**
**Document Number:** 50(No document attached)

**Docket Text:**
**TEXT ORDER entered by Magistrate Judge Douglas J. Quivey on 8/24/2026. Plaintiff paid the $605.00 appellate filing fee in full on May 4, 2026. Notice of this payment was inadvertently not sent to the Seventh Circuit. Pursuant to the Seventh Circuit Order entered August 21, 2026, see (Doc. 49), the clerk is directed to forward a copy of this text order to the Seventh Circuit Court of Appeals to notify them of this payment.(SAG)**

**3:23-cv-03343-DJQ Notice has been electronically mailed to:**

Juneitha Stanyell Shambee juneitha@shambeelaw.com

Evan CreelGould evan.creelgould@ilag.gov, Joan.Torres@ilag.gov, LeaAnn.Crouch@ilag.gov, Megan.Heriford@ilag.gov, gls@ilag.gov, wendy.greer@ilag.gov

**3:23-cv-03343-DJQ Notice has been delivered by other means to:**