**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

**Notice of Electronic Filing**

The following transaction was entered on 5/4/2026 at 4:28 PM CDT and filed on 5/4/2026

**Case Name:** Craig v. Greene et al

**Case Number:** 3:23-cv-03343-DJQ

**Filer:**

**WARNING: CASE CLOSED on 01/05/2026**

**Document Number:** No document attached

**Docket Text:**
**Notice of Appeal Filing fee: $ 605, receipt number 300002561. (BL)**

**3:23-cv-03343-DJQ Notice has been electronically mailed to:**

Evan CreelGould evan.creelgould@ilag.gov, gls@ilag.gov, Joan.Torres@ilag.gov, LeaAnn.Crouch@ilag.gov, Megan.Heriford@ilag.gov, wendy.greer@ilag.gov

Juneitha Stanyell Shambee juneitha@shambeelaw.com

**3:23-cv-03343-DJQ Notice has been delivered by other means to:**