# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 24, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1137 | MARCUS CRAIG,<br>Plaintiff - Appellant<br><br>v.<br><br>BRITTANY GREENE, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:23-cv-03343-DJQ<br>Central District of Illinois<br>Magistrate Judge Douglas J. Quivey | |

This court has received notice from the district court that the appellant paid the required docketing fee. Accordingly,

**IT IS ORDERED** that briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by September 23, 2026.

2. The brief of the appellees is due by October 23, 2026.

3. The reply brief of the appellant, if any, is due by November 13, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).