IN THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Marcus Craig<br>Plaintiff-Appellant,<br>v.<br>Brittany Greene, et al.<br>Defendants-Appellees. | No. 26-1137 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE THE APPELLANT'S OPENING BRIEF**

Appellant respectfully requests a 30-day extension in which to file his opening brief from the current due date of September 23, 2026 to October 23, 2026.

1. Appellant initially proceeded before the district court *pro se*.
2. Undersigned Counsel recently entered an appearance to represent Appellant on this appeal on a pro bono basis. He is therefore new to this case.
3. Undersigned counsel works for a small and lightly resourced non-profit organization and has a crush of impending deadlines, including an opening brief in the Fourth Circuit in *Symmes v. North Carolina*, Case No. 26-6792 on Monday September 28, 2026; an opening brief to the Third Circuit in

*Williams v. Huner*, Case No. 25-2539 on Wednesday, September 30; an opening brief to the Eighth Circuit in *Christians v. Young*, Case No. 26-1168 on Friday, October 2; an opening brief to the Fourth Circuit in *Louis v. Anderson*, Case No. 26-6460 on Monday, October 5; and several other matters.

4. This is Appellant's first request for an extension.
5. Appellees consented to this motion.

**CONCLUSION**

For the foregoing reasons, Appellant respectfully requests a 30-day extension of time, up to and including October 23, 2026 in which to file his opening brief.

Respectfully submitted,

*/s/ Samuel Weiss*

Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: September 22, 2026

*/s/ Samuel Weiss*

Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 197 words.

Date: September 22, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033