**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| MARCUS CRAIG,<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY GREENE, CATHY ASHCRAFT, KINDEL KESTNER, and WEXFORD HEALTH SOURCES, INC., In their individual and official capacities,<br><br>Defendants. | ) | Case No. 26-1137 |

**PLAINTIFF-APPELLANT'S MOTION FOR EXTENSION OF TIME TO SUBMIT PAPER COPIES OF OPENING BRIEF AND APPENDIX**

NOW COMES Plaintiff/Appellant Marcus Craig, by and through his undersigned counsel, pursuant to Federal Rules of Appellate Procedure 26(b) and 27, and respectfully moves for a brief extension of time, to **Monday, November 2, 2026**, to submit to the Clerk the paper copies of his Opening Brief and Appendix. In support of this Motion, Appellant states as follows:

BACKGROUND

1. On October 23, 2026, Appellant timely filed his Opening Brief, with the Required Short Appendix bound with it, and his separate Appendix electronically through the Court's CM/ECF system. All registered participants were served electronically that day.

2. On October 26, 2026, the Clerk docketed the Appendix (Dkt. 24) and set October 30, 2026, as the due date for paper copies.

3. On October 30, 2026, counsel was en route to the Clerk's office to deliver the paper copies when counsel was turned around to attend to an emergency matter involving a minor. The emergency required counsel's immediate attention and took most of the day, which prevented counsel from delivering the paper copies by the deadline.

4. The paper copies are identical to the documents filed electronically on October 23, 2026. Counsel will deliver them to the Clerk's office no later than Monday, November 2, 2026, the next business day.

GOOD CAUSE EXISTS FOR THE EXTENSION

Good cause exists under Federal Rule of Appellate Procedure 26(b). The delay resulted from an unforeseen emergency outside counsel's control, not from any lack of diligence. The Opening Brief and Appendix were timely filed electronically and have been available to the Court and all parties since October 23, 2026. The requested extension is one business day, does not alter the content of any filing, and will not prejudice Appellees or delay the briefing schedule. This is Appellant's first request to extend the deadline for paper copies.

CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff/Appellant respectfully requests that this Court:

A. Grant an extension of time until **Monday, November 2, 2026**, to submit the paper copies of Appellant's Opening Brief and Appendix;

B. Accept the paper copies as timely if received by the Clerk on or before November 2, 2026; and

C. Grant such other and further relief as the Court deems just and proper.

Date: October 30, 2026

Respectfully submitted,

SHAMBEE LAW OFFICE, LTD.

By: /s/ Juneitha Shambee
Juneitha Shambee
ARDC No. 6308145
701 Main St., Ste. 201A
Evanston, IL 60202
(773) 741-3602
juneitha@shambeelaw.com
Attorneys for Plaintiff Marcus Craig

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, a true and correct copy of the foregoing *Plaintiff-Appellant's Motion for Extension of Time to Submit Paper Copies of Opening Brief and Appendix* was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notification to the following attorneys of record:

Frank Henry Bieszczat
Samuel Weiss

I further certify that on October 31, 2026, I will serve a copy of the foregoing on Wexford Health Sources, Inc., a party not registered with CM/ECF, by first-class U.S. mail addressed to 9850 Old Perry Highway, Wexford, PA 15090.

/s/ Juneitha Shambee
Juneitha Shambee
ARDC No. 6308145