# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 2, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1137 | MARCUS CRAIG,<br>Plaintiff - Appellant<br><br>v.<br><br>BRITTANY GREENE, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:23-cv-03343-DJQ<br>Central District of Illinois<br>Magistrate Judge Douglas J. Quivey | |

The following is before the court: **MOTION FOR EXTENSION OF TIME TI SUBMIT PAPER COPIES OF OPENING BRIEF AND APPENDIX**, filed on October 30, 2026, by counsel for the appellant.

A review of the docket shows that on November 2, 2026, the clerk received the paper copies of the appellant's opening brief and accepted them for filing. Accordingly, the motion will be filed without further court action.