**United States Court Of Appeals**

**For the Seventh Circuit**

**Chicago, Illinois 60604**

# SUBSTITUTE APPEARANCE

Appellate Court No.: 26-1137 Docketed on: 11/12/2026
Short Caption: Craig v. Greene
District Court Judge: Douglas J. Quivley
District Court No.: 3:23-cv-03343-DJQ

*****************************************************************************

You must either enter your appearance within 10 days of docketing this appeal pursuant to Circuit Rule 12(c) or indicate your non - involvement by filing a motion with this court. A "Certificate of Interest" pursuant to Circuit Rule 26.1 must also accompany this form if you intend to participate in this case.

*****************************************************************************

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:
Brittany Greene, Cathy Ashcraft, and Kindel Kestner as the
(Party Name)

[ ] appellant(s) [ X ] appellee(s) [ ] amicus curiae
[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Verify that the address and firm (if any) information is accurate. If incorrect, strike through the incorrect information and record it correctly.

Firm, Office or Facility: OFFICE OF THE ATTORNEY GENERAL
Unit, Division or Section: CIVIL APPEALS DIVISION
Address: 115 South LaSalle Street
City/State/Zip: Chicago, Illinois 60603
Firm Telephone Number: (312) 814-3000

Name: David E. Neumeister
Signature: /s/ David E. Neumeister
Direct Phone No. (312) 848-6474
Admitted to Appellate Court? Yes

Add other counsel from your firm who will be participating in this case and did not receive an appearance form.

1. Print Name: ________________________
Signature: ____________________________
Direct Phone No. ( )
Admitted to Appellate Court? Y___ N ___

2. Print Name: ____________________
Signature: ______________________
Direct Phone No. ( )
Admitted to Appellate Court? Y___ N

Lead counsel must be admitted to this court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a).

**CERTIFICATE OF FILING AND SERVICE**

I certify that on November 12, 2026, I electronically filed the foregoing **Substitute Appearance** with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal are CM/ECF users will be served by the CM/ECF system:

Juneitha Shambee
juneitha@shambeelaw.com

Samuel Weiss
sam@rightsbehindbars.org

/s/ David E. Neumeister
**DAVID E. NEUMEISTER**
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2129 (office)
(312) 848-6474 (cell) (primary)
David.neumeister@ilag.gov