No. 26-1137

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| MARCUS CRAIG,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BRITTANY GREENE, CATHY ASHCRAFT, KINDEL KESTNER, and WEXFORD HEALTH SOURCES, INC.<br><br>Defendants-Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 3:24-cv-03099-CSB<br><br>The Honorable DOUGLAS J. QUIVEY, Judge Presiding. |

**DEFENDANTS-APPELLEES MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees Brittany Greene, Cathy Ashcraft, and Kindel Kestner move this court for a 30-day extension of time, from November 23, 2026, to December 23, 2026, to file their response brief in this appeal, and submit the attached declaration in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: /s/ David E. Neumeister
DAVID E. NEUMEISTER
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2129 (office)
(312) 848-6474 (cell)
David.Neumeister@ilag.gov

## DECLARATION

I, David E. Neumeister, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois and have been assigned to represent Defendant-Appellees Brittany Greene, Cathy Ashcraft, and Kindel Kestner before this court in the appeal docketed as No. 26-1137.

3. Defendants-appellees' response brief is due to be filed by November 23, 2026, 7th Cir. Doc. 21, on no extensions of time.

4. This motion is being filed at least seven days before that due date, as required by 7th Cir. R. 26.

5. I will not be able to finish drafting the response brief, have it reviewed through the regular review process of the Civil Appeals Division, finalize the draft, and file the brief with this court by November 23, 2026, due to the following reasons.

6. This appeal was assigned to me within the Civil Appeals Division on November 9, 2026.

7. On November 30, 2026, I am scheduled to file the response brief of defendant-appellee Jon Wessel in *Smith v. Wessel*, No. 26-1328, in this court. This appeal involves whether the district court correctly granted summary judgment for

Wessel because plaintiff-appellant Paul Smith failed to exhaust his administrative remedies before filing suit. I am prioritizing this brief in my schedule because it is due on three extensions of time.

8. I do not request this extension of time from October 30, 2026, to November 30, 2026, to file the response brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my client, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on November 13, 2026

/s/ David E. Neumeister
DAVID E. NEUMEISTER
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2129 (office)
(312) 848-6474 (cell)
David.Neumeister@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on November 13, 2026, I electronically filed the foregoing motion for extension of time to file appellees' brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal are CM/ECF users will be served by the CM/ECF system:

Juneitha Shambee
juneitha@shambeelaw.com

Samuel Weiss
sam@rightsbehindbars.org

By: /s/ David E. Neumeister
DAVID E. NEUMEISTER
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2129 (office)
(312) 848-6474 (cell)
David.Neumeister@ilag.gov