Save As    Clear Form

## APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 26-1137

Short Caption: Craig v. Greene, et al.

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Wexford Health Sources, Inc.

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
Brown, Hay & Stephens, LLP

(3) If the party, amicus or intervenor is a corporation:

i) Identify all its parent corporations, if any; and

ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

---

Attorney's Signature: /s/ Anneliese B. Fierstos    Date: 11/16/2026

Attorney's Printed Name: Anneliese B. Fierstos

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). **Yes** ☑ **No** ☐

Address: 205 S. 5th Street, Ste. 1000

Springfield, IL 62701

Phone Number: 217-544-8491    Fax Number: 217-544-9609

E-Mail Address: afierstos@bhslaw.com

**Case No. 26-1137**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

---

| | | |
|---|---|---|
| MARCUS CRAIG, | ) | Appeal from the United States |
| | ) | District Court for the Central |
| Plaintiff-Appellant, | ) | District of Illinois |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:24-cv-03099-CSB |
| BRITTANY GREENE, CATHY ASHCRAFT, | ) | |
| KINDEL KESTNER, AND WEXFORD HEALTH | ) | |
| SOURCES, INC., | ) | |
| | ) | The Honorable Douglas J. Quivey, |
| Defendants-Appellees. | ) | Judge Presiding |

**ENTRY OF APPEARANCE**

Anneliese B. Fierstos of the law firm of Brown, Hay & Stephens, LLP, hereby enters her appearance on behalf of Defendant, WEXFORD HEALTH SOURCES, INC., in the above-captioned cause of action.

Dated: November 16, 2026

Respectfully submitted,

/s/ Anneliese B. Fierstos
Anneliese B. Fierstos (Reg. No. 6220254)
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 1000
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: 217-544-8491
Facsimile: 217-544-9609
afierstos@bhslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I caused to be electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Juneitha Shambee
Shambee Law Office, Ltd.
701 Main Street, Ste. 201A
Evanston, IL 60602

David E. Neumeister
Assistant Attorney General
115 S. LaSalle Street
Chicago, IL 60603

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

/s/ Anneliese B. Fierstos

Brown, Hay & Stephens, LLP
Anneliese B. Fierstos (Reg. No. 6220254)
205 S. Fifth Street, Suite 1000
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: 217-544-8491
Facsimile: 217-544-9609
afierstos@bhslaw.com