**Case No. 26-1137**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| MARCUS CRAIG,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>BRITTANY GREENE, CATHY ASHCRAFT, KINDEL KESTNER, AND WEXFORD HEALTH SOURCES, INC.,<br><br>Defendants-Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Appeal from the United States District Court for the Central District of Illinois<br><br>Case No. 3:24-cv-03099-CSB<br><br>The Honorable Douglas J. Quivey, Judge Presiding |

**DEFENDANT-APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-Appellee WEXFORD HEALTH SOURCES, INC. moves this Honorable Court for a 30-day extension of time, from November 23, 2026, to December 23, 2026, to file a response brief in this appeal, and submits the attached Declaration in support of this motion.

Respectfully submitted,

/s/ Anneliese B. Fierstos

Anneliese B. Fierstos (Reg. No. 6220254)
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 1000
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: 217-544-8491
Facsimile: 217-544-9609
afierstos@bhslaw.com

**DECLARATION**

I, Annelise Fierstos, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 205 S. Fifth Street, Suite 1000, P.O. Box 2459, Springfield, Illinois 62707. If called upon, I could competently testify to these facts.

2. I am an attorney, licensed in the State of Illinois, and currently employed by Brown, Hay & Stephens law firm in Springfield, Illinois.

3. The law firm of Brown, Hay & Stephens was retained by Defendant-Appellee, Wexford Health Sources for representation in the appeal docketed as No. 26-1137 on November 12, 2026.

4. I will not be able to finish drafting a response brief and file with the court by November 23, 2026, for the following reasons.

5. Defendant-Appellee's response brief is due to be filed by November 23, 2026, 7th Cir. Doc., without an extension of time.

6. This appeal is from a final decision by the Central District Court on September 25, 2025, in Case No. 23-cv-3343.

7. Defendant-Appellee Wexford Health Sources was dismissed in the underlying case during the initial screening pursuant to 28 U.S.C.A. Section 1915A by the Central District Court when it was determined that the underlying complaint failed to state a *Monell* claim.

8. Wexford Health Sources was not provided notice of the underlying claim or the dismissal during the screening process in Case No. 23-cv-3343.

9. Wexford Health Sources did not receive notice of any involvement in the underlying case or this appeal until November 10, 2026.

10. The law firm of Brown, Hay & Stephens was not retained by Defendant-Appellee until November 12, 2026.

11. The undersigned filed an Entry of Appearance in the above referenced matter on November 16, 2026, but the matter was not docketed until November 17, 2026 (Doc. 31).

12. On November 16, 2026 and November 17, 2026, the undersigned attempted to file a timely Motion for Extension of Time, but the pleading could not be filed because the Entry of Appearance had not been docketed and the Appellate record did not show Wexford Health Sources as a party and the Clerk had to confirm Wexford had received notice.

13. Co-Defendants/Co-Appellees also filed a Motion for Extension of Time (Doc. 29) which was granted by this court on November 16, 2026 (Doc. 30) allowing Appellee's brief to be filed on or before December 23, 2026.

14. I do not request this extension of time until December 23, 2026, for purposes of unreasonable delay, but in order to allow time to properly review the case, properly represent my client, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information and belief.

Executed on November 18, 2026.

/s/ Anneliese B. Fierstos
Anneliese B. Fierstos (Reg. No. 6220254)
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 1000
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: 217-544-8491
Facsimile: 217-544-9609
afierstos@bhslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2026, I caused to be electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Juneitha Shambee
Shambee Law Office, Ltd.
701 Main Street, Ste. 201A
Evanston, IL 60602

David E. Neumeister
Assistant Attorney General
115 S. LaSalle Street
Chicago, IL 60603

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

/s/ Anneliese B. Fierstos

Brown, Hay & Stephens, LLP
Anneliese B. Fierstos (Reg. No. 6220254)
205 S. Fifth Street, Suite 1000
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: 217-544-8491
Facsimile: 217-544-9609
afierstos@bhslaw.com